IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRUSH TECHNOLOGIES LLC,

Plaintiff,

v.

ZOOM VIDEO COMMUNICATIONS, INC.,

Defendant.

No. C 19-01841 WHA

**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

The Court has reviewed defendant's motion for leave to file a motion for reconsideration of the sealing order dated October 31 (Dkt. No. 80). The prior order dated October 31 denied both administrative motions to file under seal in connection with plaintiff's discovery letter dated October 8 for failure to comply with Civil Local Rule 79-5 and sufficiently show good cause (Dkt. No. 79). Defendant's new supporting declaration now aimed at both administrative motions to file under seal establishes good cause for sealing (*see* Dkt. No. 80-2). Accordingly, defendant's motion for leave to file a motion for reconsideration and the underlying requests to seal (Dkt. Nos. 69, 72) are **GRANTED**. Going forward, the parties shall please remain mindful of the applicable local rules and governing sealing standards.

**IT IS SO ORDERED.**

Dated: November 6, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE